tion by Benjamin F. Cory against the Boston & Maine Railroad.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

BETTS, J., not sitting.